**Order entered October 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00378-CV

**KELVIN PRUITT, Appellant**

**V.**

**EL LAGO APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00583-2015**

## ORDER

On May 17, 2015, the reporter's record was due for this appeal. On May 19, 2015, this Court sent notice that the record was past due, and directed Denise Y. Condran, Official Court Reporter of Collin County Court at Law No. 3, to file the record within thirty days. Furthermore, on July 30, 2015, when the record still had not been filed, we ordered that the record be filed within ten days or, alternatively, if appellant had not requested the record or no record existed, that written verification to that effect be provided. On September 9, 2015, when Ms. Condran had not complied with our July 30th order, we again ordered that either the record or requested written verification be filed within another ten days and cautioned Ms. Condran that failure to do so could result in her not sitting as a reporter until she complied. On October 5 and 6, 2015, when the Court had still not received a response from Ms. Condran, a deputy clerk of this Court

called Ms. Condran to ensure she had received the order. The Clerk left voice messages, but as of October 8, 2015, Ms. Condran has not communicated with the Court.

Accordingly, we **ORDER** Ms. Condran to file the reporter's record by October 26, 2015. Because Ms. Condran has failed to comply with the many directives from this Court, we further **ORDER** that she not sit as a court reporter until she has filed the record.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Lance S. Baxter, Presiding Judge, Collin County Court at Law No. 3; Denise Y. Condran; Collin County Auditor; and all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE